

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2021

No. 04-21-00580-CV

**IN RE** Milton I. **FAGIN**,
Relator

Original Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

On December 22, 2021, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

Opinion to follow.

It is so **ORDERED** on December 27, 2021.

**PER CURIAM**

Attested to: _____
             MICHAEL A. CRUZ, Clerk of Court

---

[1]This proceeding arises out of relator's challenge to Marisa Cristina Balderas Flores's application as candidate for the 224th District Court in Bexar County, Texas. *See* TEX. ELEC. CODE ANN. § 273.061(a) ("[A] court of appeals may issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election or a political party convention, regardless of whether the person responsible for performing the duty is a public officer.").